# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CR 80

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JACOB WAYNE STULL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE coming on to be heard before the undersigned, pursuant to a motion filed by the defendant entitled "Motion and Motion for Bond and Bail" (#10) and a motion filed by defendant's counsel entitled "Motion for Pre-Trial Release" (#14). At the hearing of this matter and while evidence was being presented by the defendant, defendant's counsel stated that the defendant wished to withdraw his motions concerning his request for pretrial release. Such motion was allowed.

## ORDER

IT IS, THEREFORE, **ORDERED** that the motion filed by the defendant entitled "Motion and Motion for Bond and Bail" (#10) is hereby **DENIED** and the motion filed by defendant's counsel entitled "Motion for Pre-Trial Release" (#14) is hereby considered to be withdrawn and **DISMISSED** without prejudice. It is further **ORDERED** that the defendant be detained pending further proceedings in this

matter.

Signed: September 3, 2008

Dennis L. Howell
United States Magistrate Judge