UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR80 |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL** |
| JACOB WAYNE STULL | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Defendant's motion to suppress is **DENIED** as moot.

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney's Office, the United State Probation Office, and the United States Marshal's Office.

Signed: September 23, 2008

Lacy H. Thornburg
United States District Judge